# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LIGHT SPEED MICROELECTRONICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NXP SEMICONDUCTORS N.V. and NXP USA, INC. <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 6:21-CV-00066-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS

Plaintiff Light Speed Microelectronics, LLC ("Plaintiff") and Defendant NXP USA, Inc. ("Defendant"), by and through their respective counsel of record, hereby jointly move to dismiss all claims and counterclaims asserted in this action with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The parties further stipulate that each side will bear its own costs, attorneys' fees and expenses.

A proposed order granting this motion is attached.

DATED this 10th day of November, 2021.

| **HILL, KERTSCHER & WHARTON, LLP** | **NORTON ROSE FULBRIGHT US LLP** |
|---|---|
| */s/ Steven G. Hill* <br> Steven G. Hill - Georgia Bar No. 354658 <br> *Admitted Pro Hac Vice* <br> Email: sgh@hkw-law.com <br> John L. North – Georgia Bar No. 545580 <br> *Admitted Pro Hac Vice* <br> Email: jln@hkw-law.com <br> One Overton Park | */s/ Richard S. Zembek (with express permission)* <br> Eric Green <br> State Bar No. 24069824 <br> Email: Eric.green@nortonrosefulbright.com <br> 98 San Jacinto Boulevard, Suite 1100 <br> Austin, Texas 78701-4255 <br> Tel: (512) 536-3009 <br> Fax: (512) 536-4598 |

3625 Cumberland Blvd. SE, Suite 1050
Atlanta, Georgia 30339
Tel: (770) 953-0995
Fax: (770) 953-1358

-and-

**NAMAN HOWELL SMITH & LEE PLLC**

John A. "Andy" Powell
State Bar No. 24029775
USPTO Reg. No. 71,533
Email:  powell@namanhowell.com
John P. Palmer
State Bar No. 15430600
Email:  palmer@namanhowell.com
Jacqueline P. Altman
State Bar No. 24087010
Email:  jaltman@namanhowell.com
400 Austin Ave., Suite 800
Waco, Texas 76701
Tel.: (254) 755-4100
Fax: (254) 754-6331

*Counsel for Plaintiff*

-and-

Richard S. Zembek
State Bar No. 00797726
Email: Richard.zembek@nortonrosefulbright.com
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 10, 2021, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Steven G. Hill*
Steven G. Hill

*Counsel for Plaintiff*